IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § § § | Case No. 16-10300-tmd |
| WESTECH CAPITAL CORP., | § § § | Chapter 7 |
| Debtor | § | |

| | | |
|---|---|---|
| GREGORY S. MILLIGAN, CHAPTER 7 TRUSTEE FOR WESTECH CAPITAL CORPORATION | § § § § | |
| Plaintiff, | § § | Adversary No. 16-01078-tmd |
| v. | § § § | |
| GARY SALAMONE, and ROBERT W. HALDER, | § § § § | |
| Defendants. | § | |

### TRUSTEE GREGORY S. MILLIGAN'S REPORT ON MEDIATION STATUS

Pursuant to this Court's Order of April 19, 2018 [Dkt. 146], the Trustee submits the following status report:

1. The Mediator has been selected and all parties have confirmed to the Mediator and each of the other Mediation Parties that they have agreed to all of the terms of the Mediation included in the Mediation Application.

2. The Mediator, conducts the mediation through a series of individual and multi-party telephonic conferences. The Mediation process is currently ongoing; the Parties' mediation statements are currently due to be submitted to the mediator by August 17, 2018.

1

Dated: <u>July 17</u>, 2018    Respectfully submitted,

        <u>/s/ D. Douglas Brothers</u>
D. Douglas Brothers
B. Russell Horton
GEORGE BROTHERS KINCAID & HORTON L.L.P.
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701
dbrothers@gbkh.com
rhorton@gbkh.com
(512) 495-1400
(512) 499-0094 (facsimile)
*Attorneys for Plaintiff*

        <u>/s/ Bruce E. Jameson</u>
Bruce E. Jameson (#2931)
Corinne Elise Amato (#4982)
PRICKETT, JONES & ELLIOTT, P.A.
1310 N. King Street
Wilmington, Delaware 19801
bejameson@prickett.com
ceamato@prickett.com
(302) 888-6500
(302) 477-7066 (facsimile)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF automatic electronic notice system and/or by electronic mail upon the following, on this the 17th day of June, 2018:

James H.S. Levine
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
levinejh@pepperlaw.com

E.Paul Keiffer
Coats Rose, P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
pkeiffer@coatsrose.com
*Attorneys for Gary Salamone*

John T. Cox III
Ben A. Barnes
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
TCox@lynnllp.com
BBarnes@lynnllp.com
*Attorneys for Greenberg Traurig, LLP*

Paul R. Bessette
Michael J. Biles
Jill R. Carvalho
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com
*Attorneys for Robert W. Halder*

                                              */s/ D. Douglas Brothers*
                                              D. Douglas Brothers