### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § § § | Case No. 16-10300-tmd |
| WESTECH CAPITAL CORP., | § § | Chapter 7 |
| Debtor | § § | |

---

| | | |
|---|---|---|
| GREGORY S. MILLIGAN, CHAPTER 7 TRUSTEE FOR WESTECH CAPITAL CORPORATION and on behalf of TEJAS SECURITIES GROUP, INC., | § § § § § § | |
| Plaintiff, | § § | Adversary No. 16-01078-tmd |
| v. | § § | |
| GARY SALAMONE, GREENBERG TRAURIG, LLP, and ROBERT W. HALDER, | § § § § | |
| Defendants. | § § | |

### AGREED MOTION TO DISMISS
### DEFENDANTS GARY SALAMONE AND ROBERT W. HALDER
### WITH PREJUDICE

Plaintiff Gregory S. Milligan, Chapter 7 Trustee for Westech Capital Corporation ("Milligan") files this Agreed Motion to Dismiss Defendants Gary Salamone and Robert W. Halder ("Defendants") with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This Motion does not seek dismissal of any claims or causes of action against Greenberg Traurig, LLP.

On December 4, 2020, the Court approved settlement of Plaintiff's claims against Gary Salamone and Robert W. Halder [Dkt. #640].  The settlement has been consummated and funded.

The Court finds further that Greenberg Traurig, LLP is not a party to the Settlement Agreement, that Greenberg Traurig, LLP has expressly reserved all rights, claims, arguments, remedies, and/or defenses available to Greenberg Traurig, LLP, in the case of Milligan v. Salamone, et al., No. 16-01078, as well as any appeals or related matters including Milligan v. Salamone, et al., No. 18-327 (the "Litigation"), and that Greenberg Traurig, LLP reserves the right to contest any claim, contention, or argument by the Westech Trustee, the Gorman Trustee, any of the former parties, witnesses and/or third parties related to the nature and scope of the underlying liability of Salamone and Halder in the Litigation.

Plaintiff Milligan requests that this Court dismiss, with Prejudice, Defendants Gary Salamone and Robert W. Halder.  Plaintiff Milligan further requests that his claims against Greenberg Traurig, LLP remain pending.

Plaintiff Milligan and Defendants are each to bear their own costs and fees with respect to the claims being dismissed from this case.

Dated:  April 9, 2021                    Respectfully submitted,


                                         */s/ D. Douglas Brothers*
                                         D. Douglas Brothers
                                         B. Russell Horton
                                         GEORGE BROTHERS KINCAID &
                                         HORTON L.L.P.
                                         1100 Norwood Tower
                                         114 West 7th Street
                                         Austin, TX 78701
                                         dbrothers@gbkh.com
                                         rhorton@gbkh.com
                                         (512) 495-1400
                                         (512) 499-0094 (facsimile)
                                         *Attorneys for Plaintiff*


                                         */s/ Bruce E. Jameson*
                                         Bruce E. Jameson (#2931)
                                         Corinne Elise Amato (#4982)
                                         PRICKETT, JONES & ELLIOTT, P.A.
                                         1310 N. King Street
                                         Wilmington, Delaware 19801
                                         bejameson@prickett.com
                                         ceamato@prickett.com
                                         (302) 888-6500
                                         (302) 477-7066 (facsimile)
                                         *Attorneys for Plaintiff*



AGREED AS TO FORM:


*/s/ James H. S. Levine*
James H.S. Levine
*Attorneys for Gary Salamone*



*/s/ Christopher Patton*
John T. Cox III
Jared D. Eisenberg
Christopher Patton
*Attorneys for Greenberg Traurig, LLP*

*/s/ Jill R. Carvalho*
Jill R. Carvalho
*Attorneys for Robert W. Halder*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF automatic electronic notice system and/or by electronic mail upon the following, on this the 9th day of April, 2021:

James H.S. Levine
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
James.levine@troutman.com

E. Paul Keiffer
Rochelle McCullough, LLP
325 North Saint Paul Street, Suite 4500
Dallas, Texas 75201
pkeiffer@romclaw.com
*Attorneys for Gary Salamone*

John T. Cox III
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
TCox@lynnllp.com
*Attorneys for Greenberg Traurig, LLP*

Paul R. Bessette
Michael J. Biles
Jill R. Carvalho
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com
*Attorneys for Robert W. Halder*

Jared D. Eisenberg
Christopher Patton
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
jeisenberg@lynnllp.com
cpatton@lynnllp.com
*Attorneys for Greenberg Traurig, LLP*

_/s/ D. Douglas Brothers_
D. Douglas Brothers